**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

```
Deborah Mitchell,              :
        Plaintiff,              :
    v.                          :     Case No. 2:06-cv-0525
Home Echo Club, Inc., et al.,   :     JUDGE MARBLEY
        Defendants.             :
```

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the June 4, 2009 Order, the Court GRANTS the motion for default judgment. Judgment is entered pursuant to Fed.R.Civ.P. 55(b) in favor of plaintiff Deborah Mitchell in the amount of $3,245.48 plus costs in the amount of $350.00. This case is CLOSED.

Date: **June 4, 2009**             **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk